# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Laura C. Carruthers
            Plaintiff,

v.                    Case No.: 3:23−cv−50386
                    Honorable Philip G. Reinhard

Rozlin Financial Group, Inc., et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2023:

  MINUTE entry before the Honorable Lisa A. Jensen: The parties shall jointly complete the PDF fillable initial status report form found on Judge Jensen's webpage at www.ilnd.uscourts.gov under Initial Status Conferences and Reports and file by 01/02/2024. Plaintiff is directed to notify any party filing an appearance to the entry of this order. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.